**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Nazanin Jahani
Braennes veg 25,
7022, Trondheim
Norway
**Plaintiff,**
vs.

John Armstrong, U.S. Department of State, Acting Assistant Secretary of State for Consular Affairs,
Marco Rubio, U.S. Secretary of State,
Erik D. Ramanathan, U.S. Embassy in Stockholm,
Pam Bondi, U.S. Attorney General,
Jeanine Pirro, U.S. Attorney for the District of Columbia,
**Defendants.**

RECEIVED Mailroom AUG 18 2025 Angela D. Caesar, Clerk of Clerk U.S. District Court, District of Columbia

Case: 1:25-cv-02745 JURY DEMAND
Assigned To : Nichols, Carl J.
Assign. Date : 8/18/2025
Description: Pro Se Gen. Civ. (F-DECK)

Civil Action No. _____
(To be assigned by the Court)

## COMPLAINT FOR WRIT OF MANDAMUS AND DECLARATORY RELIEF

### INTRODUCTION

1. Plaintiff brings this action to compel Defendants to fulfill their legal duty to adjudicate her immigrant visa application under the **EB-2 National Interest Waiver** (NIW) category, with **Immigrant case number: STK2023638005.**
2. Plaintiff's case has been unreasonably delayed since her consular interview at the U.S. Embassy in Stockholm on June 18, 2024, and has remained in "administrative processing" without resolution.

### JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. § 1361 (Mandamus Act) and 5 U.S.C. § 702 (Administrative Procedure Act).
4. Venue is proper under 28 U.S.C. § 1391(e) because the Defendants are officers or employees of the United States and at least one Defendant resides in this district.

### PARTIES

5. Plaintiff **Nazanin Jahani** is a Norwegian citizen, born in Iran, currently residing in Norway.
6. Defendant **John Armstrong**, in his official capacity as Acting Assistant Secretary of State for Consular Affairs, U.S. Department of State.
7. Defendant **Marco Rubio**, in his official capacity as Secretary of State of the United States.
8. Defendant **Erik D. Ramanathan**, in his official capacity as United States Ambassador to Sweden, U.S. Embassy in Stockholm, who oversaw the post where Plaintiff's immigrant visa interview was conducted.
9. Defendant **Pam Bondi**, in her official capacity as Attorney General of the United States.
10. Defendant **Jeanine Pirro,** in her official capacity as United States Attorney for the District of Columbia.

### FACTUAL BACKGROUND

11. Plaintiff filed an I-140 petition under the EB-2 NIW category. The petition was approved on March

27, 2023.

12. Plaintiff's priority date is December 23, 2022. Her case has been current under the Department of State's Visa Bulletin since April 2024.

13. On June 18, 2024, Plaintiff attended her immigrant visa interview at the U.S. Embassy in Stockholm.

14. Since then, her case has been in "administrative processing" without a decision.

15. Plaintiff has previously held J-1 status in the U.S., including as a **Fulbright Scholar in 2021** and again in January to June 2025.

16. Plaintiff has an ongoing **research collaboration with the University of Texas at Austin**, contributing to U.S. academic institutions and public interest research.

17. Plaintiff has lost multiple job opportunities in the U.S. while waiting for the outcome of her visa case.

18. Plaintiff was invited to present her research at the upcoming University of Texas at Austin consortium meeting scheduled to take place within the next seven weeks (19 August 2025). Despite being listed as a presenter, Plaintiff is unable to attend due to the indefinite administrative processing delay of her immigrant visa (EB-2 NIW) application. Additionally, Plaintiff has a pending B1/B2 visa application, submitted in August 2022, which remains under administrative processing. This ongoing delay has caused Plaintiff to miss critical professional opportunities and has hindered her ability to maintain and strengthen important research collaborations with U.S. partners.

**CAUSES OF ACTION**

18. Defendants have unreasonably delayed adjudication of Plaintiff's immigrant visa application in violation of the Administrative Procedure Act (5 U.S.C. §§ 555, 706).

19. Plaintiff is entitled to relief in the nature of mandamus under 28 U.S.C. § 1361, compelling Defendants to take action on her application.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Issue a writ of mandamus compelling Defendants to adjudicate her immigrant visa application without further delay;

b. Declare that the Defendants' delay is unlawful under the APA;

c. Grant such other and further relief as the Court deems just and proper.

**Respectfully submitted,**

**Nazanin Jahani**
Braennes veg 25, 7022, Trondheim, Norway
n.jahani@gmail.com
+4748310720
**Date:**
24. July 2025